153 A.3d 241

IN THE MATTER OF REGISTRANT A.D. IN THE
MATTER OF REGISTRANT J.B. IN THE
MATTER OF REGISTRANT C.M.

Argued January 18, 2017—Decided February 7, 2017

*Fletcher C. Duddy*, Deputy Public Defender, argued the cause for appellants A.D., J.B., and C.M. (*Joseph E. Krakora*, Public Defender, attorney; *Mr. Duddy* and *Jesse M. DeBrosse*, Assistant Deputy Public Defender, on the briefs).

*LaChia L. Bradshaw*, Assistant Prosecutor argued the cause for respondent State of New Jersey, In the matter of Registrant A.D. (*Robert D. Bernardi*, Burlington County Prosecutor, attorney).

*William W. Scharfenberg*, Senior Assistant Prosecutor, argued the cause for respondent State of New Jersey, In the matter of Registrants J.B. and C.M. (*Joseph D. Coronato*, Ocean County Prosecutor, attorney).

*Louise T. Lester*, Assistant Attorney General, argued the cause for amicus curiae Attorney General of New Jersey (*Christopher S. Porrino*, Attorney General, attorney).

PER CURIAM

The judgment of the Appellate Division is affirmed, substantially for the reasons expressed in Judge Nugent's opinion of the Appellate Division reported at 441 *N.J.Super.* 403, 119 *A.*3d 241 (App. Div. 2015).

CHIEF JUSTICE RABNER and JUSTICES LaVECCHIA, ALBIN, PATTERSON, FERNANDEZ–VINA, and TIMPONE join in this opinion. JUSTICE SOLOMON did not participate.